IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                      4:94cr4026-WS

FRANK ANTHONY HAROLD,

        Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      Before the Court is the Magistrate Judge's Report and Recommendation (doc. 126) docketed March 14, 2007. The Magistrate Judge recommends that Defendant's motion for reduction of sentence be denied. Defendant has filed no objections to the Report and Recommendation.

      Upon review of the record, this Court has determined that the Magistrate Judge's Report and Recommendation should be adopted.

      Accordingly, it is ORDERED:

      1. The magistrate judge's report and recommendation (doc. 126) is hereby ADOPTED and incorporated by reference into this order.

2. Defendant's motion for reduction of sentence (doc. 123) is hereby DENIED.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this __18th__ day of __April__, 2007.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE