# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                                              4:94cr4026–WS/WCS

FRANK ANTHONY HAROLD,

    Defendant.

_____

## ORDER APPOINTING COUNSEL

Before the court is Frank Anthony Harold's motion (ECF No. 133) for appointment of counsel. The court having reviewed the motion, it is ORDERED:

1. Harold's motion for appointment of counsel (ECF No. 133) is GRANTED.

2. Randolph P. Murrell, Federal Public Defender, shall be APPOINTED to represent Harold regarding his eligibility, if any, for compassionate release.

DONE AND ORDERED this __3rd__ day of __June__, 2020.

                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE